IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MARK S. HUEBNER,

      Plaintiff,

v.                                   CASE NO.  4:13-cv-508-MW/CAS

MICHAEL D. CREWS, Secretary,
Florida Department of Corrections,

      Defendant.
_____/

ORDER ACCEPTING
REPORT AND RECOMMENDATION

This Court has considered the Magistrate's Report and Recommendation, ECF No.11, filed April 16, 2014, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 14, filed May 16, 2014. Upon consideration,

    IT IS ORDERED:

The report and recommendation is **accepted and adopted** as the Court's opinion. The Clerk shall enter judgment stating, "Respondent's motion to dismiss,

1

ECF No. 8, is **GRANTED**.  The § 2254 petition for writ of habeas corpus, ECF No. 1, is **DISMISSED as untimely**.  A certificate of appealability is **DENIED** and leave to appeal is **DENIED**."    The Clerk shall close the file.

**SO ORDERED on May 19, 2014.**

<u>s/Mark E. Walker</u>
**United States District Judge**
